| | | | |
|---|---|---|---|
| Com. v. Williams ... | 08/10/2016216 EAL (2016) | Denied | Pa.Super., 145 A.3d 796 |
| Com. v. Williams ... | 08/30/2016173 EAL (2016) | Denied | Pa.Super., 144 A.3d 207 |
| Com. v. Wolfe [23] .... | 08/25/201693 MAL (2015) | Dismissed | Pa.Super., 106 A.3d 800 |
| Com. v. Woods ..... | 08/24/2016150 WAL (2016) | Denied | Pa.Super., 144 A.3d 197 |
| Com. v. Woodward | 09/06/2016111 WAL (2016) | Denied | Pa.Super., 141 A.3d 606 |
| D.A.C. v. J.E.H. .... | 08/17/2016237 MAL (2016) | Denied | Pa.Super., 141 A.3d 602 |
| Dougherty v. Philadelphia Newspapers, L.L.C. [24] .... | 08/17/201625 EAL (2016) | Denied | Pa.Super., 134 A.3d 95 |
| Firmstone Oil Co., Inc. v. Rigerman; Regimen, In re [25] | 08/23/2016240 MAL (2016) | Denied | Pa.Super., 144 A.3d 189 |
| Gelok v. Bryce [26] ... | 09/06/2016181 MAL (2016) | Denied | Pa.Super., 135 A.3d 657 |
| Johnstone v. Johnstone ............ | 08/24/2016132 MAL (2016) | Denied | Pa.Super., 134 A.3d 493 |
| Lei Ke v. Drexel University ........ | 08/24/2016151 EAL (2016) | Denied | |

23. Justice MUNDY did not participate in the consideration or decision of this matter.

24. Justice BAER, TODD and DOUGHERTY did not participate in the consideration or decision of this matter.

25. Justice MUNDY did not participate in the consideration or decision of this matter.

26. Justice DONOHUE and MUNDY did not participate in the consideration or decision of this matter.